## District 1

# Case Summary

## Case No. 2024CH09499

| | | |
|---|---|---|
| **MARKEL AMERICAN INSURANCE COMPANY-vs-SANFORD SCHMIDT,SCHMIDT ADVISORY SERVICES, INC., d/b/a ,SCHMIDT FINANCIAL GROUP, LLC,CHRISTOPHER LORENZEN,CBL INVESTMENTS, LLC,DIANE FOWLER,JAMES MURAFF** | § § § § § § § § | Location: **District 1** <br> Judicial Officer: **Calendar, 4** <br> Filed on: **10/16/2024** <br> Cook County Attorney Number: **46239** <br> Cook County Attorney Number: **40919** |

## Case Information

Case Type: Declaratory Judgment
Case Status: **10/16/2024** **Pending**

## Assignment Information

**Current Case Assignment**
Case Number    2024CH09499
Court          District 1
Date Assigned  10/16/2024
Judicial Officer  Calendar, 4

## Party Information

*Lead Attorneys*

**Plaintiff**    MARKEL AMERICAN INSURANCE COMPANY    Formeller, Daniel Richard
                                                      *Retained*

**Defendant**    CBL INVESTMENTS, LLC

                 FOWLER, DIANE

LORENZEN, CHRISTOPHER

MURAFF, JAMES P.

SCHMIDT, SANFORD

SCHMIDT ADVISORY SERVICES, INC., d/b/a

SCHMIDT FINANCIAL GROUP, LLC

## Events and Orders of the Court

| | | |
|---|---|---|
| 02/13/2025 | **Case Management** (9:30 AM) (Judicial Officer: Conlon, Alison C) | |
| | Resource: Location CH2408 Court Room 2408 | |
| | Resource: Location D1 Richard J Daley Center | |
| 10/16/2024 | New Case Filing | |
| 10/16/2024 | 📄 | |
| | Appearance Filed - No Fee Paid - | |
| | *Markel additional appearance McJessy Ching* | |
| 10/16/2024 | 📄 | |
| | Declaratory Judgment Complaint Filed | |
| | *COMPLAINT FOR DECLARATORY JUDGMENT* | |
| | Party: Plaintiff MARKEL AMERICAN INSURANCE COMPANY | |
| | Party 2: Attorney Formeller, Daniel Richard | |
| 10/16/2024 | 📄 | |
| | Exhibits Filed | |
| | *Exhibits A-P* | |
| | Party: Plaintiff MARKEL AMERICAN INSURANCE COMPANY | |
| | Party 2: Attorney Formeller, Daniel Richard | |