Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 4

FILED
10/16/2024 5:13 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024CH09499
Calendar, 4
29810191

FILED DATE: 10/16/2024 5:13 PM  2024CH09499

Appearance and Jury Demand *

(09/01/21) CCG 0009

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CHANCERY _____ DEPARTMENT/_____ DISTRICT

| | |
|---|---|
| Markel American Insurance Company | Case No. _2024CH09499_ |
| Plaintiff | |
| v. | |
| Sanford Schmidt; Schmidt Advisory Services Inc. d/b/a Catalyst Wealth Managment; Schmidt Financial Group LLC; Christopher Lorenzen; CBL Investments LLC; Diane Fowler and James P. Muraff          Defendant | |

## APPEARANCE AND JURY DEMAND *

☑ General Appearance ☐ Jury Demand *

☐ 0900 - Fee Paid
☐ 0908 - Trial Lawyers Appearance - No Fee
☐ 1900 - Appearance and Jury Demand/Fee Paid
☐ 1904 - Appearance and Jury Demand/No Fee Paid

☐ 0904 - Fee Waived
☐ Twelve-person Jury
☐ Six-person Jury

The undersigned enters the appearance of: ◉ Plaintiff ○ Defendant

Litigant's Name: _Markel American Insurance Company_

Signature: /s/ _Joseph J. Borders_

☐ Initial Counsel of Record     ☐ 2810 Rule 707 Out-of-State Counsel
                                        (pro hac vice)
☑ Additional Appearance     ☐ Substitute Appearance

◉ Atty. No.: _40919_

Name: _Joseph J. Borders / McJessy Ching & Thompson LLC_

Atty. for (if applicable):

_Plaintiff_

Address: _3759 N. Ravenswood Ave., Suite 231_

City: _Chicago_

State: _IL_ Zip: _60613_ Phone: _(630) 624-6776_

Primary Email: _borders@MCandT.com_

**IMPORTANT**

*Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attorneys) using either regular mail, fax, email or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)*

**\* Strike demand for trial by jury if not applicable.**
I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/ _Joseph J. Borders_

Attorney for ◉ Plaintiff ○ Defendant

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

**cookcountyclerkofcourt.org**

Page 1 of 1